**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| James R. Edens, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>John O'Brien, et al., )<br>)<br>Defendants. ) | Case No. 3:14-cv-50056<br><br>Hon. Judge Philip G. Reinhard<br>Magistrate Judge Iain D. Johnston |

**UNOPPOSED MOTION BY APPOINTED COUNSEL TO WITHDRAW PURSUANT TO LOCAL RULE 83.38 AND FOR AN ORDER APPOINTING NEW COUNSEL**

NOW COMES counsel appointed by the Court, Emily Nicklin, P.C. of Kirkland & Ellis LLP, and hereby moves this Honorable Court for leave to withdraw as appointed counsel pursuant to Local Rule 83.38 and for an Order of the Court appointing new counsel. In support of this Motion, appointed counsel states as follows:

1. The undersigned is a member of the Trial Bar for this Court and is, by that admission, obligated to provide services in cases involving plaintiffs with financial need.

2. Mr. James R. Edens (N60262) filed the captioned action *pro se* on or about March 12, 2014.

3. The undersigned was appointed by the Court on August 8, 2013. *See* Dkt. No. 43.

4. The captioned litigation involves alleged violations of 42 U.S.C. § 1983 against John Crisham, D.D.S., among others.

5. In the course of conducting my firm's normal conflicts of interest review, I learned of a conflict of interest that could affect my representation of Mr. Edens. Specifically, one of the defendants in the action is John Crisham, D.D.S. I have been informed that Mr. Crisham, D.D.S. is the first cousin of John Crisham, a partner in my law firm.

6. This personal relationship can create a conflict of interest. *See* Model Rule of Prof. Conduct 1.7(a)(2).

7. Local Rule 83.38(a)(1) allows relief from assignment when "some conflict of interest precludes counsel from accepting the responsibilities of representing the party."

8. If the Court grants this application for relief from the assignment, I would be pleased to accept another representation assignment in lieu of this one.

9. Defendants do not oppose this Motion. In light of this apparent conflict, I have not had any direct communications with Mr. Edens.

NOW WHEREFORE, appointed counsel, the undersigned, respectfully moves this Honorable Court for entry of an order allowing her withdrawal as appointed counsel for Mr. Edens and seeking appointment of new counsel.

Dated: August 26, 2014  Respectfully submitted,

/s/ Emily Nicklin, P.C.
Emily Nicklin, P.C.
Emily.Nicklin@kirkland.com
ARDC No. 2050560
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Emily Nicklin , an attorney, certify that on this date, August 26, 2014, I caused the attached **UNOPPOSED MOTION BY APPOINTED COUNSEL TO WITHDRAW PURSUANT TO LOCAL RULE 83.38 AND FOR AN ORDER APPOINTING NEW COUNSEL** to be served on all counsel of record, electronically, and Plaintiff James R. Edens via U.S. Mail.

/s/ Emily Nicklin, P.C.
Emily Nicklin, P.C.