**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES R. EDENS, N-60262, | ) | |
| | ) | No.  14 C 50056 |
| Plaintiff, | ) | |
| | ) | Hon. Philip G. Reinhard |
| v. | ) | Judge Presiding |
| | ) | |
| JOHN O'BRIEN, et al., | ) | Magistrate Judge Iain D. Johnston |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    All Counsel of Record

        PLEASE TAKE NOTICE that on September 16, 2014 at 9:00 a.m., I shall appear before the Honorable Magistrate Judge Iain D. Johnston at the U. S. District Court of the Northern District of Illinois, Western Division, at 327 South Church Street, Rockford, Illinois 61101, and then and there present the attached **DEFENDANT SHICKER'S MOTION TO DISMISS**, copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois                    By:    s/James P. Doran_____
                                                            JAMES P. DORAN
                                                            Assistant Attorney General
                                                            General Law Bureau
                                                            100 W. Randolph Street, 13th Floor
                                                            Chicago, IL 60601
                                                            312/814-7202

**CERTIFICATE OF SERVICE**

        The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing was served to all counsel of record, electronically on August 27, 2014.

                                                            s/James P. Doran_____